No. 5877. BONNER *v.* PATE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 5881. FRENCH *v.* CORRIGAN ET AL. C. A. 7th Cir. Certiorari denied.

No. 5888. RUTLEDGE *v.* SHERIFF OF INGHAM COUNTY. Ct. App. Mich. Certiorari denied.

No. 6021. BROWN *v.* SMITH, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 6045. MASTERSON *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 6050. YOUNG *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 6052. FANALE *v.* ANDERSON ET AL. C. A. 2d Cir. Certiorari denied.

No. 6058. O'SHAUGHNESSY *v.* BISSELL. C. A. 9th Cir. Certiorari denied.

No. 6062. HADLEY *v.* SMITH, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 6068. WIMBERLEY *v.* CRAVEN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 6074. CURTIS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 6076. ROJAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 6081. WASHINGTON ET AL. *v.* COINER, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 6084. GINTER *v.* WILSON, WARDEN. C. A. 9th Cir. Certiorari denied.